# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MODERN GAMING, INC.,**

      **Plaintiff,**

-vs-                                                    Case No. 6:10-cv-182-Orl-28DAB

**GILES MALONE, LARRY E. MULLINS
and RICHARD STOTTLER, in personam,**

_____

## ORDER

This case is before the Court on Defendant Malone's Motion to Dismiss (Doc. No. 6) and Defendant Stottler's Motion to Dismiss (Doc. No. 8). The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 3, 2010 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Malone's Motion to Dismiss (Doc. No. 6) is **DENIED.**

3. Defendant Stottler's Motion to Dismiss (Doc. No. 8) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24th day of February, 2010.

                                                                         _____
                                                                         JOHN ANTOON II
                                                                         United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party